# mycase.IN.gov

**Sign in** ᴉŠ¾

ᴉ,▢ **Attorney Dashboard**

ᴉ,† Go to **courts.in.gov/covid** to learn about how courts around the state are responding to COVID-19, adjusting operations, and preparing courthouses for public access.

ᴉ,† **Eviction case?** Apply for rent assistance and learn about settling your case

## Case Summary

« Back   New Search   Refine Search

### Patricia Young v. Indianapolis Metropolitan Police Department North District

| | |
|---|---|
| Case Number | 49D04-2201-CT-001304 |
| Court | Marion Superior Court 4 |
| Type | CT - Civil Tort |
| Filed | 01/13/2022 |
| Status | 01/13/2022 , Pending  (active) |

### Parties to the Case

Show all party details

ᴉ…™ Defendant  Indianapolis Metropolitan Police Department North District

ᴉ…™ Plaintiff  Young, Patricia

### Chronological Case Summary

| 01/13/2022 | **Case Opened as a New Filing** |
|---|---|

| 01/14/2022 | 📄 **Appearance Filed** |
|---|---|
| | For Party:  Young, Patricia |
| | File Stamp:  01/14/2022 |

| 01/14/2022 | 📄 **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Filed By:  Young, Patricia |
| | File Stamp:  01/14/2022 |

| 01/14/2022 | 📄 **Subpoena/Summons Filed** |
|---|---|
| | Filed By:  Young, Patricia |
| | File Stamp:  01/14/2022 |

| 01/14/2022 | 📄 **Service Issued** |
|---|---|
| | SUMMONS- TRACKING # 9402114902675317519035 |
| | Requested By:  Young, Patricia |
| | Serve To:  Indianapolis Metropolitan Police Department North District |

Issued:          01/14/2022

---

02/09/2022   📄 **Appearance Filed**

Appearance

For Party:       Indianapolis Metropolitan Police Department North District
File Stamp:      02/09/2022

## Financial Information

ℹ,† Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Young, Patricia
Plaintiff

Balance Due (as of 02/10/2022)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/13/2022 | Transaction Assessment | 157.00 |
| 01/13/2022 | Counter Payment | (157.00) |

---

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

« Back    New Search    Refine Search

 

Subscribe to content by RSS or Email          Follow us on Twitter

 

Indiana Courts YouTube Channel               Get our shared photos on Flickr

## Terms of Use

Odyssey Public Access (the "MyCase" website) is a platform for online services provided by the Office of Judicial Administration (the "Office").

Electronic access to court information is restricted by federal and state law in addition to court rules and orders. Information on this site is made available as a public service pursuant to order of the Indiana Supreme Court.

Information displayed on this site is not to be considered or used as an official court record and may contain errors or omissions. Accuracy of the information is not warranted. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Read the complete terms of use »

STATE OF INDIANA )
                  ) SS:
COUNTY OF Marion )

IN THE ___Civil___ COURT

Case Number: **4 9 D 0 4 2 2 0 1 C T 0 0 1 3 0 4**
*(To be supplied by Clerk when case is filed.)*

*(Caption)*

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating **X**       Responding _____ ; Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party **Patricia Young**

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   **3601 Moller Road Indpls, IN 46224**

   Telephone # of party **317-371-4252**

   FAX: _____

   Email Address: **Patriciayrocketmail @ yahoo.com**

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: **Patricia Young** Atty Number: _____
   Address: **3601 Moller Road Indpls, IN, 46224**
   Phone: **317 - 371- 4252**
   FAX: _____
   Email Address: **Patricia yrocketmail @ yahoo.com**

   *(List on continuation page additional attorneys appearing for above party)*

3.  This is a ___Tort Claims___ case type as defined in administrative Rule 8(B)(3).

4.  I will accept service from other parties by:

     FAX at the above noted number:  Yes ____  No __X__ .

     Email at the above noted number:  Yes __X__  No ____

5.  This case involves child support issues.  Yes ____  No __X__  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on light green paper.  Use Form TCM-TR3.1-4.)*

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____  No __X__  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

     _____     Attorney's address

     _____     The Attorney General Confidentiality program address

                   (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

     _____     Another address (provide)

     _____

7.  This case involves a petition for involuntary commitment.  Yes ____  No __X__

8.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

     a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

     b.  State of Residence of person subject to petition: _____

     c.  At least one of the following pieces of identifying information:
         (i)   Date of Birth _____
         (ii)  Driver's License Number _____
               State where issued _____  Expiration date _____
         (iii) State ID number _____
               State where issued _____  Expiration date _____
         (iv)  FBI number _____

(v) Indiana Department of Corrections Number _____

(vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9. There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

10. Additional information required by local rule:

_____

11. There are other party members: Yes _____ No__X__ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached: Yes _X_ No____

Attorney-at-Law
(Attorney information shown above.)

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

490042201 ct00 1504

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patricia Young

**DEFENDANTS**
Indianapolis Metropolitan Police Department North District

**(b)** County of Residence of First Listed Plaintiff Marion
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Marion
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | **PERSONAL INJURY** | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 370 Other Fraud | **LABOR** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | |
| [ ] 195 Contract Product Liability | | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | |
| | | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | |
| | | [ ] 555 Prison Condition | | [ ] 890 Other Statutory Actions |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | [ ] 891 Agricultural Acts |
| | | | | [ ] 893 Environmental Matters |
| | | | | [ ] 895 Freedom of Information Act |
| | | | | [ ] 896 Arbitration |
| | | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | | | [ ] 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Criminal Confinement

Brief description of cause:
I was criminal confined for 6days by Police.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $60,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

__13__ District of __Indiana__

__Civil__ Division

|  |  |  |
|---|---|---|
| Patricia Young | ) | Case No. __49D042201CT001304__ |
| Plaintiff(s) | ) | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |  |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | Jury Trial: _(check one)_ ☐ Yes ☒ No |
| _please write "see attached" in the space and attach an additional_ | ) |  |
| _page with the full list of names.)_ | ) |  |
| -v- | ) |  |
|  | ) |  |
| Indiapolis Metropolitan Police Department | ) |  |
| Defendant(s) North District | ) |  |
| _(Write the full name of each defendant who is being sued. If the_ | ) |  |
| _names of all the defendants cannot fit in the space above, please_ | ) |  |
| _write "see attached" in the space and attach an additional page_ | ) |  |
| _with the full list of names.)_ | ) |  |

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                     Patricia Young
Street Address           3601 Moller Road
City and County          Indianapolis  Marion
State and Zip Code       Indiana  46224
Telephone Number         317-371-4252
E-mail Address           Patriciayrocketmail@yahoo.com

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Indianapolis Metropolitan Police Department North District e.y.

Job or Title *(if known)*

Street Address — 3120 E. 30th street Indpls, IN 46208

City and County — Indianapolis, Marion

State and Zip Code — Indiana 46208

Telephone Number — 317-327-6100

E-mail Address *(if known)*

Defendant No. 2

Name — David Kuchta-Drane

Job or Title *(if known)* — Police officer

Street Address — 3120 E. 30th street

City and County — Indianapolis, Marion

State and Zip Code — Indiana 46208

Telephone Number — 317-327-6100

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?   *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Criminal Confinement, Obstruction of Justice, Fraud, Discrimination, Defamation of Character

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.   If the plaintiff is an individual

The plaintiff, *(name)* Patricia Young , is a citizen of the State of *(name)* Indiana .

    b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.   If the defendant is an individual

The defendant, *(name)* David Kuchta-Drane , is a citizen of the State of *(name)* Indiana . Or is a citizen of

*(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation
The defendant, *(name)* Indianapolis Metropolitan Police Department North District is incorporated under the laws of the State of *(name)* Indiana , and has its principal place of business in the State of *(name)* Indiana .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* Indianapolis .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I was in fear for my life and terrified for 6 days, while I was criminally confined by the Police for 6 days.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

It began on January 17, 2020 when I had meeting planned by myself and police officer David Kuchta-Drane about reporting crimes. I was given a Mental Health check and passed and I was told I was going to have a test done at a hospital for rape & then I was

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was drugged in a mental hospital for 6 days and I was given medication that made me almost die. I almost missed both my sons Birthday's.

criminally confined for 6 days in a mental hospital on a 72 hour by the Police. detention

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-13-2022

Signature of Plaintiff    _Patricia Y_____

Printed Name of Plaintiff    _Patricia Young_____

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_13_ District of _Indiana_

_Civil_ Division

| | | |
|---|---|---|
| Patricia Young | ) | Case No. 49D042201CT001304 |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) ) | |
| -v- | ) | Jury Trial: _(check one)_ ☐ Yes ☒ No |
| Indianapolis Metropolitan Police Department North District | ) ) ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_ | ) ) ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

    Name          Patricia Young

    Address      3601 Moller Road

                 Indianapolis   IN   46224

                 *City*       *State*      *Zip Code*

    County       Marion

    Telephone Number  317-371-4252

    E-Mail Address   Patriciay rocketmail@ yahoo.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

    Name          Indianapolis Metropolitan Police Department North District ✓

    Job or Title *(if known)*  government agency / Police

    Address      3120 E. 30th Street

                 Indianapolis   IN   46208

                 *City*       *State*      *Zip Code*

    County       Marion

    Telephone Number  317-327-6100

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

Defendant No. 2

    Name          David Kuchta-Drane

    Job or Title *(if known)*  Police officer

    Address      3120 E. 30th Street

                 Indianapolis   IN   46208

                 *City*       *State*      *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☒ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*[Handwritten:]* Disability Discrimination. Because they discriminated me on the basis that I was Mentally Disabled. I am not mentally disabled and was not then

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I need restotion of $60,000,000. I want my case looked at by the police. I was drugged in a mental hospital for P.U. and criminally confine 6 days. on January 17, 2020  I had a planned meeting by myself and police office David Kuchta-Drane about reporting crimes. I was given a mental health check and passed. I was told I was going to the hospital to have a rape kit done at a hospital. Then I was put on a 72 hour detention, by the Police hold at Eskanazi hostipital / Mental Hospital against my will.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Indianapolis Metropolitan Police Department North District

B.    What date and approximate time did the events giving rise to your claim(s) occur?

1-17-2020 at 10:47 a.m.

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I was put on a 72 hour detention/ hold by the police at Eskenazi Hospital against my will by officer David Kuchta-Drane. I passed the mental/ Health check given to me by officer David Kuchta-Drane 2 other officers or personel at the police station witnessed the mental health check given to me

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1-13-2022

Signature of Plaintiff    _Patricia W_

Printed Name of Plaintiff   _Patricia Young_

### B.    For Attorneys

Date of signing:   _____

Signature of Attorney    _____

Printed Name of Attorney   _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# SUMMONS

**Patricia Young**

In the Marion Superior Court, Room No.

_____

Plaintiff

4 9 0 0 4 2 2 0 1 C T 0 0 1 3 0 4

Cause
No. _____

-vs-

**Indianapolis Metropolitan Police Department North District**

Defendant

TO DEFENDANT: (Name) **Indianapolis Metropolitan Police Department North District**

(Address) **3120 E. 30th Street Indianapolis, Indiana 46208**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated _____      _____ (Seal)

Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

| | |
|---|---|
| ☐ | Registered or certified mail. |
| ☐ | Service at place of employment, to-wit: _____ |
| ☐ | Service on individual    (Personal or copy) at above address. |
| ☐ | Service on agent. (Specify) _____ |
| ☐ | Other service. (Specify) _____ |

**Patricia Young**
Attorney for Plaintiff

**7608 Eagle Valley Pass**
Address   **Indianapolis, IN. 46214**

**317-371-4252**
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

_____
Telephone

Form #209



**$6.27**
**US POSTAGE**

01/14/2022
From 46204
0 lbs 3 ozs
Zone 1

**Pitney Bowes**
**CommPrice**



026W0004897682

3000143177

## USPS FIRST-CLASS PKG

Marion County Clerk
MARION COUNTY CLERK
200 E Washington St, # T322
Indianapolis IN 46204-3307

**0005**

4BD84228iCT881384



**C043**

INDIANAPOLIS METROPOLITAN POLICE DEPARTM
INDIANAPOLIS METROPOLITAN POLICE DEPARTM
NORTH DISTRICT
3120 E 30TH ST
INDIANAPOLIS IN 46218-2851

### USPS SIGNATURE TRACKING #

**9402 1149 0267 5317 5190 35**

# SUMMONS

Patricia Young

_____

In the Marion Superior Court, Room No.

_____

Plaintiff

4 9 D 0 4 2 2 0 1 C T 0 0 1 3 0 4

Cause
No. _____

-vs—

Indianapolis Metropolitan
Police Department North District

Defendant

TO DEFENDANT: (Name) Indianapolis Metropolitan Police Department
                                                                                 North District
(Address) 3120 E. 30th Street
Indianapolis, Indiana 46208

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated _____

_____

Myla A. Eldridge

(Seal)

Clerk, Marion Superior Court

JAN 13 2022

(The following manner of service of summons is hereby designated.)

| | |
|---|---|
| | Registered or certified mail. |
| | Service at place of employment, to-wit _____ |
| | Service on individual     (Personal or copy) at above address. |
| | Service on agent. (Specify) _____ |
| | Other service. (Specify) _____ |

Patricia Young

Attorney for Plaintiff

7608 Eagle Valley Pass

Address    Indianapolis, IN, 46214

317-371-4252

Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

_____

Telephone

Form #209

Filed: 2/8/2022 3:33 PM
Clerk
Marion County, Indiana

STATE OF INDIANA      )             IN THE MARION SUPERIOR COURT 11
                             )   SS:
COUNTY OF MARION     )             CAUSE NO. 49D04-2201-CT-001304

PATRICIA YOUNG,          )
                             )
       Plaintiff,            )
                             )
       v.                    )
                             )
INDIANAPOLIS METROPOLITAN    )
POLICE DEPARTMENT,       )
                             )
       Defendant.        )

**Appearance**

1.      Party:  Responding

        The undersigned attorney appears in this case for the following parties:

        <u>Indianapolis Metropolitan Police Department.</u>

2.      Attorney information for service as required by Trial Rule 5(B)(2)

        Name:          Andrew J. Upchurch (30174-49)
        Address:       200 East Washington Street, Suite 1601
                       Indianapolis, IN  46204
        Phone:         (317) 327-4055
        FAX:            (317) 327-3968
        E-Mail:         andrew.upchurch@indy.gov

3.      This is a CT case type as defined in administrative Rule 8(B)(3).

4.      I will not accept service from other parties by FAX or E-mail.

5.      This case does not involve child support issues.

6.      This case does not involve protection from abuse order, a workplace violence restraining order, or a no-contact order.

7.      This case does not involve a petition for involuntary commitment.

8.      There are no individuals subject to a petition for involuntary commitment.

9.      The appearing attorney is not aware of related cases.

10.     There is not additional information required by local rule.

11.     There are no other party members.

12.     This form has been served on all other parties and a Certificate of Service is attached.

Respectfully submitted,

/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: andrew.upchurch@indy.gov

**Certificate of Service**

I hereby certify that on February 9, 2022 a copy of the foregoing was filed electronically.

Service of this filing will be made on Registered Users via the Indiana E-Filing System.

Patricia Young
3601 Moller Road
Indianapolis, IN 46224

/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
Phone: 317-327-4055
Fax:  317-327-3698
Email: andrew.upchurch@indy.gov

2